**Appeal Dismissed and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00064-CR
## NO. 14-20-00065-CR

**ABIOLA ADAMDLEKUN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1547662 & 1581852**

## MEMORANDUM OPINION

Appellant was convicted of theft and forgery and, in each case, sentenced to confinement for fifteen months on August 22, 2019. A timely motion for new trial was filed in each case on September 3, 2019. Therefore, appellant's notice of appeal was due by November 20, 2019. *See* Tex. R. App. P. 26.2(a)(2).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the

trial court, and (b) a motion for extension of time in the court of appeals. *See* Tex. R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion for extension of time to file notice of appeal). The fifteenth day after November 20, 2019, was December 5, 2019.

In each case, appellant filed his notice of appeal on January 2, 2020, a date that is not within 15 days of the due date.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal is not filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On February 3, 2020, the parties were notified in each case that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. The notices to appellant were sent to the address provided by his pro se notice of appeal but were returned as undeliverable. A party not represented by counsel must provide this court with the party's current mailing address, telephone number and fax number, if any. Tex. R. App. P. 9.1(b).

In each case, the appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).